[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 20-10807
Non-Argument Calendar
_____

D.C. Docket No. 1:17-cr-00127-MHC-JKL-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DWAYNE GLENN,
a.k.a. Wayne,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(September 23, 2020)

Before JILL PRYOR, BRANCH and BRASHER, Circuit Judges.

PER CURIAM:

Bruce Harvey, counsel for Dwayne Glenn in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Glenn opposes the motion. Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Glenn's conviction and sentence are **AFFIRMED**.  Glenn's motion for appointment of counsel is **DENIED AS MOOT.**